UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH BRIGGS,

        Plaintiff,

vs.                                                                            Civil Action No.:
                                                                            1:19-CV-09776-JGK

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

## **ORDER**

     AND, NOW, this __6__ day of April, 2020, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

     IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due May 18, 2020. Defendant's motion and brief is due July 20, 2020. Plaintiff's reply, if any, is due August 3, 2020.


Entered: __April 6, 2020__                             __/s/ John G. Koeltl__
              New York, NY                             **John G. Koeltl**
                                                                        **U.S.D.J.**