UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH BRIGGS,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 9776 (JGK) (SLC)

**ORDER FOR COURTESY COPY OF RECORD**

**SARAH L. CAVE**, United States Magistrate Judge.

A complaint and the administrative record having been filed in this matter, Defendant is hereby ordered to send one courtesy copy of the administrative record, marked as such on a cover page, to Chambers by **October 28, 2020**.

The courtesy copy should bear the ECF header generated at the time of electronic filing and include protruding tabs for any exhibits. Bulky materials should be two-sided, and neatly-bound or placed in 3-ring binders, with appropriate dividers.

Dated:      New York, New York
               October 14, 2020

                                                              SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**