UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH BRIGGS,

                Plaintiff,                      19 **CIVIL** 9776 (SLC)

       -against-                      **JUDGMENT**

ANDREW SAUL, Commissioner of Social
Security,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated February 26, 2021, Mr. Briggs's motion for judgment on the pleadings is GRANTED and the Commissioner's motion is DENIED. The Commissioner's decision denying benefits is vacated, and this matter is remanded to the agency for further proceedings; accordingly, this case is closed.

**Dated:** New York, New York
         February 26, 2021

                                                 **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                            BY:

                                                   **Deputy Clerk**